UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLIPPER WONSILD TANKERS HOLDING A/S, :
ON BEHALF OF PANAMERICAN TANKERS,
INC.                                                       :

       Plaintiff,                         :      08 Civ. _____
                                                                  ECF CASE
  - against -                                    :

IRAN PETROCHEMICAL COMMERCIAL CO.,   :

       Defendant.                         :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: September 3, 2008
       New York, NY

                                The Plaintiff,
                                CLIPPER WONSILD TANKERS HOLDING A/S,
                                ON BEHALF OF PANAMERICAN TANKERS,
                                INC.

                                By: _____
                                Lauren C. Davies (LD 1980)
                                Thomas L. Tisdale (TT 5263)
                                TISDALE LAW OFFICES, LLC
                                11 West 42nd Street, Suite 900
                                New York, NY 10036
                                (212) 354-0025 (Phone)
                                (212) 869-0067 (Fax)
                                ldavies@tisdale-law.com
                                ttisdale@tisdale-law.com